

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 10, 2023

**BY ECF**

Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Gina Mestre,* 23 Cr. 418 (DLC)

Dear Judge Cote:

    The parties write jointly to update the Court regarding the status of the parties' discussions about a possible pretrial resolution and to respectfully request an extension of the deadline for the filing of motions *in limine* and motions pursuant to Rule 404(b). The parties can report that plea discussions have progressed to the point where a framework for a possible plea is in place. Defense counsel will meet with the defendant next week to discuss this framework and are hopeful that a resolution will be reached. Moreover, the prosecution team's court and travel obligations, which begin tomorrow, will consume most, if not all, of next week.

    In light of the above, the parties respectfully request a one-week extension of the deadline for trial related motions to November 24, 2023.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:    _____
    Dominic A. Gentile/James Ligtenberg
    Assistant United States Attorney
    (212) 637-2567/2665

cc: Matthew J. Kluger, Esq. (Via ECF)
    Jodi Morales, Esq. (Via ECF)