# MATTHEW J. KLUGER
ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

December 1, 2023

<u>By ECF</u>
Honorable Denise Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

      Re:   <u>United States v. Gina Mestre</u>
              <u>23 Cr. 418 (DLC)</u>

Dear Judge Cote,

      I have been assigned to represent Ms. Mestre in this matter. I write now to inform the Court that the parties have reached a negotiated disposition in principle. Accordingly, we respectfully request that the Court schedule a change of plea hearing for <u>December 7, 2023, at 3:00pm</u>, which we understand is a convenient time for the Court.

      Thank you.
.

                                                        Respectfully,

                                                        Matthew J. Kluger

cc:   AUSA Dominic Gentile
        AUSA James Ligtenberg